UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER, | No. 2:20-cv-2243 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil action filed pursuant to Title II of the Americans with Disabilities Act (ADA), 42 U.S.C § 12132; and Section 504 of the Rehabilitation Act of 1973 (RA), 29 U.S.C. § 794.  By order filed May 5, 2022, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 12.  That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources.  Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted.  ECF No. 13.  Having reviewed the request, the court finds good cause to grant it.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 13, is GRANTED.

1

2. The stay of this action, commencing May 5, 2022 (ECF No. 12) is LIFTED.

3. Within thirty days of the filing of this order, defendants shall file a response to the complaint.

DATED: June 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE