UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER, | No. 2:20-cv-2243 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding pro se with this civil action filed pursuant to Title II of the Americans with Disabilities Act (ADA), 42 U.S.C § 12132, and Section 504 of the Rehabilitation Act of 1973 (RA), 29 U.S.C. § 794. He has filed a motion for preference trial setting and fast-track discovery. ECF No. 15. The motion requests that, due to plaintiff's age, discovery be expedited to be completed within 75 days and trial be set within 120 days. Id. at 3.

      Because defendants have not yet responded to the complaint,[1] scheduling is premature. Once defendants have filed an answer, an order setting the schedule for discovery and dispositive motions will issue. If claims remain after the resolution of dispositive motions, or if no dispositive motions are filed by the deadline, the case will then be set for trial. Neither the federal rules nor the Local Rules provide for expedited trial setting. For these reasons, although the court

---

[1] Defendants' currently have until July 7, 2022, to file a response to the complaint.

1

understands plaintiff's desire to expedite this case, the motion will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to set a trial date and expedite discovery (ECF No. 15) is DENIED.

DATED: June 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE