UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>             Plaintiff,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>             Defendants. | No.  2:20-cv-2243 TLN AC P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed a notice regarding his position on settlement and requests for discovery.  ECF No. 17.  Plaintiff is advised that outside of settlement conferences, the court is not involved in settlement negotiations between the parties and offers to settle should not be filed with the court.  Furthermore, requests for discovery "must not be filed until they are used in proceedings or the court orders filing."  Fed. R. Civ. P. 5(d)(1)(A).  The court further notes that any discovery requests are premature, as defendants have yet to respond to the complaint.  As plaintiff was previously advised, once defendants have filed an answer, an order setting the schedule for discovery and dispositive motions will issue, at which point plaintiff may seek discovery from defendants.

////

////

////

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's notice and requests for discovery

2 (ECF No. 17) are DISREGARDED.

3 DATED: June 27, 2022

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE