IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　　　　　　Defendants. | 2:20-cv-2243 TLN AC P<br><br>[PROPOSED] ORDER<br><br>Judge:　　　　Hon. Allison Claire<br>Trial Date:　　Not Set.<br>Action Filed:　September 3, 2020 |

　　The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause having been found:

　　**IT IS HEREBY ORDERED:** Defendant's motion is granted.  The deadline to file dispositive motions is extended to May 3, 2023.

DATED: February 6, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1